# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.      17-cv-01809-KLM

LUCILLE BEAUDRIE,

            Plaintiff,

      v.

TWIN CITY FIRE INSURANCE COMPANY,
a subsidiary of
THE HARTFORD FINANCIAL
SERVICES GROUP, INC.,

            Defendant.

---

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the parties' Stipulation for Dismissal With

Prejudice of Defendant Twin City Fire Insurance Company, a subsidiary of The Hartford

Financial Services Group, Inc.

The Court has reviewed the Stipulation and ORDERS as follows:

Plaintiff's claims against Defendant Twin City Fire Insurance Company are hereby

DISMISSED WITH PREJUDICE, each party to pay its own costs and fees.

DATED: _____.

                                 BY THE COURT:

                                 _____
                                 United States District Judge